UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

DAVID L. GREEN,

       Plaintiff,                                    Case No.1:07-cv-654

v.                                                      Hon. Janet T. Neff

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 4, 2008, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that the Commissioner's decision is **REVERSED and REMANDED** for the reasons stated in the Report and Recommendation.

Dated: August 22, 2008                                    /s/Janet T. Neff
                                                                   JANET T. NEFF
                                                                   UNITED STATES DISTRICT JUDGE